ChaIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Jones, et al.,                          Case No. 3:70CV388

       Plaintiff

       v.                                       **ORDER**

Sol Wittenberg, et al.,

       Defendant

Status conference held December 15, 2014.

It is hereby

ORDERED THAT:

1. On suggestion of the Special Master, Order of August 7, 1987, vacated.

2. Plaintiff and County defendants to file responses on or before December 30, 2014, to Toledo Municipal Judges' motion for modification; reply due January 15, 2015;

3. Pending adjudication of motion to modify, compliance with December 30, 2014, population capacity of 369, per Order of November 5, 2014, stayed; and

4. Status conference set for Monday, January 26, 2015, at 4:00 p.m.

                                            /s/ James G. Carr
                                            Sr. U.S. District Judge