**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
WESTERN DIVISION**

Charles Jones, et al.,                                Case No. 3:70CV388

       Plaintiff

       v.                                          **ORDER**

Sol Wittenberg, et al.,

       Defendant

Status conference held February 2, 2015.

It is hereby

ORDERED THAT:

1. Intervenor defendants to submit a status report on or before April 1, 2015, stating what changes have been, and are likely to be, implemented in bond setting practices, notification processes (both before court date and, where such has occurred, after defendants fail to appear), and any other procedures being undertaken to reduce pretrial detention in appropriate circumstances and failures to appear;

2. County defendants to submit a status report on or before April 1, 2015, on the implementation of the pretrial risk assessment instrument, including *inter alia*, effect, if any, on rate of pretrial detention, and use of pretrial supervisory services;

3. County defendants to submit a status report on or before April 1, 2015, regarding steps being taken, and resources being allocated and needed to be allocated, to

      reduce the population of pretrial detainees presenting significant substance abuse or mental health circumstances, including the community placement alternatives presently available and expected to become available on or before August 1, 2015;

4. County defendants to provide on or before April 1, 2015, status update re. Jail Feasibility Study and its implementation; and

5. Further status/scheduling conference set for April 27, 2015, at 4:00 p.m.; in addition to the foregoing, parties to submit proposed schedule(s) for further hearing(s); and

6. Pending further court order, defendants shall take all steps necessary to maintain inmate population at or below 403; November 5, 2014, Order is otherwise stayed, also pending further court order.

So ordered.[1]

                              /s/ James G. Carr
                              Sr. U.S. District Judge

---

[1] For further information re. this Court's case management preferences, see: http://www.ohnd.uscourts.gov/home/judges/judge-james-g-carr/civil-cases-case-management-procedures/