IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Jones,                                                            Case No. 3:70CV388

      Plaintiff

      v.                                                                    **ORDER**

Sol Wittenberg,

      Defendants

In an illuminating, instructive, and thorough "Report of the Special Master" filed December 6, 2016, this Court's long-serving Special Master, Timothy J. Doyle, has described conditions and circumstances that, he recommends, need judicial attention. (Doc. 99).

On review of the Master's Report, I concur in his suggestion that I set a hearing to address those conditions, circumstances, and concerns.

As an initial step, the defendant Commissioners shall forthwith obtain and file a copy of the assessment, which as the Master notes, has been prepared regarding the implementation and effectiveness of the Pretrial Risk Assessment Instrument.

It is, accordingly hereby

ORDERED THAT the parties shall appear at the hearing to begin at 2:00 p.m. on Tuesday, January 10, 2017, at 2:00 p.m. in Courtroom 204, U.S. Courthouse and Customhouse, 1716 Spielbusch Avenue, Toledo, Ohio, at which time the undersigned will address, and the parties may be heard on the issues encompassed within the Report of the Special Master (Doc. 99) filed on December 6, 2016.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge